UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA                       Civil Action No.: 92-74547

    Plaintiff,                                 HON. DENISE PAGE HOOD

v.

NATHANIEL A. PHILLIPS
SSN: XXX-XX-1056

    Defendant.
and,

STATE OF MICHIGAN, STATE INCOME TAX,

    Garnishee.
_____/
SHERMETA, ADAMS & VON ALLMEN, P.C.
BY:  DEBORAH A. BANFILL   (P63179)
Attorneys for Plaintiff
P.O. Box 80883
Rochester Hills, MI  48308
(248) 652-8200
_____/

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

    The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, NATHANIEL A. PHILLIPS, Social Security No. XXX-XX-1056, whose last known address is:Detroit, MI. This Writ of Continuing Garnishment is an attempt to collect on a Judgment entered by this Court in the above named civil action.  Post-judgment interest accrues at the rate of  3.130%, compounded annually.  A statutory surcharge of  $0.00 is also due the United States in accordance with 28 U.S.C. §3011.  The sum of $0.00 has been credited to the Judgment debt, leaving a total balance due of $2,172.44 as of June 14, 2006.

    Demand for payment of the above-stated debt was made upon the debtor not less than 30 days

from June 14, 2006, and debtor has failed to satisfy the debt.

    The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

    The name and address of the Garnishee or his authorized agent is:

    STATE OF MICHIGAN, STATE INCOME TAX
    Michigan Department of Treasury
    Financial Operations Division
    Third Party Withholding Unit
    P.O. Box 15128
    Lansing, MI  48901

    Respectfully submitted,

    s/Deborah A. Banfill
    SHERMETA, ADAMS & VON ALLMEN, P.C.
    P.O. Box 80883
    Rochester Hills, MI  48308
    (284) 652-8200
    dbanfill@shermeta.com
    (P63179)

Dated:  June 14, 2006